**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KANWAR K. SINGH,

    Petitioner,

  v.

ALBERTO E. GONZALEZ, et al.

    Respondents.

No. C 06-02648 JSW

**ORDER TO SHOW CAUSE**

Petitioner Kanwar K. Singh has filed a petition for a writ of mandamus pursuant to 28 U.S.C. § 1361. The Court hereby issues an ORDER TO SHOW CAUSE why the writ should not be granted. Respondents shall file responsive papers to the petition by May 26, 2006. Petitioner may file a reply by June 9, 2006.

IT IS FURTHER ORDERED that a hearing on the petition will be conducted on June 23, 2006 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: May 1, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE