KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KANWAR K. SINGH, <br>     Plaintiff, <br>   v. <br> ALBERTO GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; EMILIO GONZALEZ, Director, U.S. Citizenship and Immigration Services; DAVID STILL, District Director, San Francisco District Office, U.S. Citizenship and Immigration Services; ROBERT MUELLER, Director, Federal Bureau of Investigations, <br>     Defendants. | No. C-06-2648 JSW <br><br> **STIPULATION TO DISMISS WITHOUT PREJUDICE; AND [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's application for adjustment of status (Form I-485).

    Each of the parties shall bear their own costs and fees.

///

Stip. to Dismiss
C 06-2648 JSW                      1

1  Date: May 22, 2006                     Respectfully submitted,

2                                         KEVIN V. RYAN
                                          United States Attorney
3

4
                                                    /s/
5                                         EDWARD A. OLSEN
                                          Assistant United States Attorney
6                                         Attorneys for Defendants

7

8

9  Date: May 22, 2006                               /s/
                                          AJAI MATHEW
10                                        Attorney for Plaintiff

11

12

13                                **ORDER**

14     Pursuant to stipulation, IT IS SO ORDERED.

15

16  Date: May 23, 2006                    _____
                                          JEFFREY S. WHITE
17                                        United States District Judge

Stip. to Dismiss
C 06-2648 JSW                             2